UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO OSORIA HERRERA,<br><br>                              Petitioner,<br><br>v.<br><br>MARKWAYNE MULLINS, *et al*.,<br><br>                              Respondents. | Case No.:  26-cv-2348-JO-VET<br><br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS [DKT. 1]** |

Petitioner Ramiro Osoria Herrera filed a habeas petition challenging his detention as unlawful.  On May 28, 2026, the Court held oral argument on the petition.  For the reasons stated on the record, the Court GRANTS the habeas petition [Dkt. 1] and ORDERS as follows:

1. Respondents shall RELEASE Petitioner by 5 p.m. on May 29, 2026. Respondents shall file an affidavit attesting to Petitioner's release by 5 p.m. on the following business day.

2. Respondents shall file a declaration with the Court at least **48 hours before** any redetention to allow Petitioner an opportunity to challenge any further unlawful detention.

1

26-cv-2348-JO-VET

3.  The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: May 28, 2026

_____
Honorable Jinsook Ohta
United States District Judge

26-cv-2348-JO-VET